No. 24-5105
(consolidated with No. 24-5112)

*In the*
# United States Court of Appeals
*for the*
# District of Columbia Circuit

INSTITUTIONAL SHAREHOLDER SERVICES, INC.,
*Plaintiff-Appellee*,

– v. –

SECURITIES & EXCHANGE COMMISSION
& GARY GENSLER, in his official capacity as Chair of the SEC,
*Defendants-Appellants*,

NATIONAL ASSOCIATION OF MANUFACTURERS,
*Intervenor-Appellant*.

**UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 28(e), Appellant the National Association of Manufacturers (NAM) respectfully moves for a 30-day extension of time, to and including October 18, 2024, within which to file its opening brief. Institutional Shareholder Services (ISS) does not oppose the extension. The Securities and Exchange Commission (SEC) has indicated that it takes no position, as it has moved to dismiss its own appeal and will not take further part in the case.

1

This is the first request for an extension as to the NAM's opening brief, which is currently due on September 18, 2024.

Good cause exists for the extension, as follows:

1. Earlier today, the SEC moved to dismiss its appeal in this case (No. 24-5112), abandoning its defense of the regulation challenged by ISS. *See* Doc. 2072641. As a result, the NAM—which intervened below in defense of the rule, and is the appellant in No. 24-5105—is now the only party defending the SEC's action on appeal. The NAM therefore requires additional time to prepare its brief, given that its role has just changed materially.

2. Undersigned counsel for the NAM has principal responsibility for, among other commitments, several other matters with proximate due dates, including:

- A brief in opposition to certiorari in *Baer v. Roberts*, No. 23-1282 (U.S.), due September 6, 2024;

- A petition for certiorari in *Vanda Pharmaceuticals Inc. v. Centers for Medicare & Medicaid Services*, No. 23-1457 (4th Cir.), due September 6, 2024;

- An opening brief in *Hoak v. NCR Corporation*, No. 24-12148 (11th Cir.), due September 11, 2024;

- An opposition to a motion to dismiss in *Vanda Pharmaceuticals Inc. v. MSN Pharmaceuticals, Inc.*, No. 24-cv-505 (D. Del.), due September 13, 2024;

- Oral argument on cross-motions for summary judgment in *Vanda Pharmaceuticals Inc. v. FDA*, No. 24-cv-351 (D.D.C.), on September 17, 2024;

- Oral argument in *Vanda Pharmaceuticals Inc. v. FDA*, No. 23-5200 (D.C. Cir.), on September 25, 2024;

The requested extension will ensure that counsel has sufficient time to prepare a brief that is most useful to the Court in its consideration of this case.

For the foregoing reasons, the NAM respectfully requests that the Court grant an extension of time, to and including October 18, 2024, in which to file its opening brief.

Dated: August 30, 2024

Respectfully submitted,

/s/ *Paul W. Hughes*
PAUL W. HUGHES
ANDREW A. LYONS-BERG
  *McDermott Will & Emery LLP*
  *500 North Capitol Street NW*
  *Washington, DC 20001*
  *(202) 756-8000*

*Counsel for Appellant*
*National Association of Manufacturers*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion:

(i) complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 378 words, excluding the parts of the filing exempted by Rule 32(f); and

(ii) complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared using Microsoft Office Word 2016 and is set in New Century Schoolbook LT Std font in a size equivalent to 14 points or larger.

Dated: August 30, 2024              /s/ Paul W. Hughes

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

Dated: August 30, 2024              /s/ Paul W. Hughes