# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-5105**                                    September Term, 2024

1:19-cv-03275-APM

Filed On:  September 5, 2024

Institutional Shareholder Services, Inc.,

       Appellee

       v.

Securities and Exchange Commission and
Gary Gensler, in his official capacity as Chair
of the Securities and Exchange Commission,

       Appellees

National Association of Manufacturers,

       Appellant

------------------------------

Consolidated with 24-5112

# O R D E R

Upon consideration of the unopposed motion for voluntary dismissal of No. 24-5112, and the unopposed motion to extend time to file opening brief in No. 24-5105, it is

**ORDERED** that the motion for voluntary dismissal be granted, and No. 24-5112 be dismissed.  It is

**FURTHER ORDERED** that the consolidation of No. 24-5112 with No. 24-5105 be terminated.

The Clerk is directed to issue forthwith the mandate in No. 24-5112.  It is

**FURTHER ORDERED** that the following revised briefing schedule now applies in No. 24-5105:

# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 24-5105**  September Term, 2024

| | |
|---|---|
| Appellant's Brief | October 18, 2024 |
| Appellee's Brief | November 18, 2024 |
| Appellant's Reply Brief | December 9, 2024 |
| Deferred Appendix | December 16, 2024 |
| Final Briefs | January 2, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/

Lynda M. Flippin
Deputy Clerk