# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5105**                                        **September Term, 2024**

**1:19-cv-03275-APM**

**Filed On: October 8, 2024** [2079011]

Institutional Shareholder Services, Inc.,

        Appellee

    v.

Securities and Exchange Commission and
Gary Gensler, in his official capacity as
Chair of the Securities and Exchange
Commission,

        Appellees

National Association of Manufacturers,

        Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | November 15, 2024 |
| Appellees' Brief | December 16, 2024 |
| Appellant's Reply Brief | January 6, 2025 |
| Deferred Appendix | January 13, 2025 |
| Final Briefs | January 27, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
     Michael C. McGrail
     Deputy Clerk