# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5105**                         **September Term, 2024**

1:19-cv-03275-APM

Filed On: January 10, 2025 [2093402]

Institutional Shareholder Services, Inc.,

        Appellee

       v.

Securities and Exchange Commission and Gary Gensler, in his official capacity as Chair of the Securities and Exchange Commission,

        Appellees

National Association of Manufacturers,

        Appellant

### O R D E R

Upon consideration of appellee's unopposed motion to extend time to file response brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | January 21, 2025 |
| Appellant's Reply Brief | February 11, 2025 |
| Deferred Appendix | February 18, 2025 |
| Final Briefs | March 4, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
        Scott H. Atchue
        Deputy Clerk