# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5105**

**September Term, 2024**

**1:19-cv-03275-APM**

**Filed On: January 30, 2025** [2097624]

Institutional Shareholder Services, Inc.,

       Appellee

      v.

Securities and Exchange Commission and
Gary Gensler, in his official capacity as
Chair of the Securities and Exchange
Commission,

       Appellees

National Association of Manufacturers,

       Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Reply Brief | March 13, 2025 |
| Deferred Appendix | March 20, 2025 |
| Final Briefs | April 3, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk