# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 24-5105              September Term, 2024

FILED ON: JULY 1, 2025

INSTITUTIONAL SHAREHOLDER SERVICES, INC.,
    APPELLEE

v.

SECURITIES AND EXCHANGE COMMISSION AND PAUL S. ATKINS, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE SECURITIES AND EXCHANGE COMMISSION,
    APPELLANTS

NATIONAL ASSOCIATION OF MANUFACTURERS,
    APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-03275)

---

Before: HENDERSON, RAO and GARCIA, *Circuit Judges*

### **J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

                 BY:     /s/

                          Daniel J. Reidy
                          Deputy Clerk

Date: July 1, 2025

Opinion for the court filed by Circuit Judge Henderson.